## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Jack L. Shaw, Carolyn Bittker, | Civil No. 08-6136 (RHK/RLE) |
| Plaintiffs, | **ORDER FOR PARTIAL DISMISSAL WITH PREJUDICE** |
| vs. | |
| Henkels & McCoy, Inc., | |
| Defendant. | |

Pursuant to the parties' Stipulation of Partial Dismissal With Prejudice (Doc. No. 16), **IT IS ORDERED** that Plaintiffs' claim of intentional infliction of emotional distress (Count II) is **DISMISSED WITH PREJUDICE** and on the merits, and without costs to either party.

Dated: November 2, 2009

                                           s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge