# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**ORDER RE: SCHEDULE FOR
SUBMISSION OF TRIAL MATERIALS
FOR APRIL 2010 TRIAL CALENDAR**

Attached is an updated list of cases deemed ready for trial before the undersigned beginning April 1, 2010. Cases may be called out of order.

The following materials are to be **EXCHANGED AND FILED** in accordance with the following schedule:

By <u>March 18, 2010</u>:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By <u>March 24, 2010</u>:

(1) Responsive briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

(3) Replies to Trial Briefs.

By <u>March 30, 2010</u> : Responses to the Written Objections.

Dated: February 1, 2010

                                                        s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge