# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Jack L. Shaw, Carolyn Bittker,　　　　　　　　　　Civil No. 08-6136 (RHK/RLE)

　　　　　　Plaintiffs,　　　　　　　　　　　　**ORDER**

vs.

Henkels & McCoy, Inc.,

　　　　　　Defendant.

---

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. No. 31), **IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE,** on the merits, and without costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: March 15, 2010

　　　　　　　　　　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　RICHARD H. KYLE
　　　　　　　　　　　　　　　　　　United States District Judge